UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROMY S. JACKSON, individually,<br><br>             Plaintiff,<br><br>  -vs-<br><br>CIGNA GROUP INSURANCE, a foreign insurance company d/b/a LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance company; NATIONAL MEDICAL EVALUATION SERVICES, INC.,<br><br>             Defendants. | NO.  CV-10-0287-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of all parties (ECF No. 19) filed January 19, 2012, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 25th day of January, 2012.

                                               ***s/Lonny R. Suko***

                                               LONNY R. SUKO
                                          UNITED STATES DISTRICT JUDGE

ORDER